FILED
October 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NUMBER: 2:13-mj-00323-KJN |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| FARAH SARWAR, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Farah Sarwar</u>; Case <u>2:13-mj-00323-KJN</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, cosigned by defendant's step father Mohammad Raouf

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>10/18/2013</u> at <u>2:32</u>.

By _____
Kendall J. Newman
United States Magistrate Judge